IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAWN R. GARDNER                                                         PLAINTIFF

      v.             Civil No. 06-5058

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

NOW on this 30th day of May 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #16), filed on April 30, 2007, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

IT IS THEREFORE ORDERED that, for the reasons set forth therein, the **Magistrate Judge's Report and Recommendation** is **adopted *in toto*.** Accordingly, pursuant to 28 U.S.C. § 2412, defendant shall reimburse plaintiff's attorney's fees and costs in the amount of $2,610.49.

**IT IS SO ORDERED.**

                                                        **/s/ Jimm Larry Hendren**
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**